IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANGELA T. DANZY,

    Plaintiff,

v.                                       CASE NO. 1:07-cv-00175-MP-AK

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 20, Report and Recommendation of the Magistrate Judge, which recommends that the decision of the Commissioner denying benefits be affirmed. The Magistrate filed the Report on February 12, 2009. The parties were each furnished with a copy of the Report and afforded an opportunity to file objections. However, no party has filed an objection, and the time to do so has now passed. Upon consideration of the Report, the Court agrees with the Magistrate that the decision of the Commissioner should be affirmed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge, Doc. 20, is ADOPTED and incorporated herein. The decision of the Commissioner denying benefits is AFFIRMED.

**DONE AND ORDERED** this __16th__ day of March, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge